United States District Court
District of Massachusetts

| | |
|---|---|
| Bonnie Smith, Plaintiff<br><br>v.<br><br>Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius USA Marketing, Inc.; Fresenius USA Sales, Inc.; Fresenius Medical Care Holdings, Inc. D/B/A Fresenius Medical Care North America, Defendants. | Case No. 1:13-cv-12094-DPW (D. Mass) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bonnie Smith, Plaintiff and Defendants Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius USA Marketing, Inc.; Fresenius USA Sales, Inc.; Fresenius Medical Care Holdings, Inc. D/B/A Fresenius Medical Care North America, hereby stipulate that the above-captioned action be dismissed, with prejudice. No admission of liability has been made. Each party agrees to bear their own fees and costs.

Dated: April 24, 2019
*Counsel for Plaintiff(s)*

By: *s/Lauren Guth Barnes*

Lauren Guth Barnes, BBO#: 663819
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
E-mail: lauren@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com


Robert B. Carey
HAGENS BERMAN SOBOL

Respectfully submitted,
*Counsel for Defendant(s)*

/s/ Maria R. Durant
William H. Kettlewell (BBO #270320)
Maria R. Durant (BBO #558906)
Sara E. Silva (BBO #645293)
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
(617) 371-1000
(617) 371-1037 (fax)
bill.kettlewell@hoganlovells.com
maria.durant@hoganlovells.com
sara.silva@hoganlovells.com

James F. Bennett
Megan S. Heinsz
DOWD BENNETT LLP
773 Forsyth Blvd., Suite 1410
St. Louis, MO 63105
(314) 889-7300
(314) 889-7302 (fax)
jbennett@dowdbennett.com
mheinsz@dowdbennett.com

SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
E-mail: rob@hbsslaw.com

Leigh Anne Hodge

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8000
(205) 521-8800 (fax)
lhodge@babc.com


Juanita Brooks
FISH & RICHARDSON
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
(858) 678-5099 (fax)
brooks@fr.com

**CERTIFICATION OF SERVICE**

      I, Maria R. Durant, hereby certify that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2019.

                                                /s/ Maria R. Durant